IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00018-WYD-BNB

MICHAEL CALUCCIA,

    Plaintiff,

v.

VAIL SUMMIT RESORTS, INC., a Colorado corporation, d/b/a Keystone Resort,

    Defendant.

## ORDER OF DISMISSAL

The parties have filed a Stipulated Motion to Dismiss, March 17, 2009 (docket #10). After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice. Accordingly, it is

ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney's fees.

Dated: March 25, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge